```
1   O'MELVENY & MYERS LLP
    Mark C. Scarsi (State Bar No. 183926) (mscarsi@omm.com)
2   400 South Hope Street
    Los Angeles, CA 90071
3   Telephone: (213) 430-6000
    Facsimile:  (213) 430-6407
4
    Attorneys for Plaintiff
5   APPLE COMPUTER, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br>APPLE COMPUTER, INC., a California corporation,<br>HEWLETT-PACKARD COMPANY, a Delaware corporation, and<br>NETGEAR, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>  Defendant. | Case No.   C05 01894 CW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER ~~SEVERING AND STAYING PLAINTIFF APPLE COMPUTER, INC.'S ACTION AGAINST DEFENDANT COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION~~<br><br>DENYING |

Apple Computer Inc. ("Apple") and Commonwealth Scientific And Industrial Research Organisation ("CSIRO"), through their respective counsel, hereby stipulate to entry of an order severing and staying Apple's complaint against CSIRO for the following reasons and upon the following terms and conditions:

WHEREAS, plaintiffs Apple, Microsoft Corporation, Hewlett-Packard Company, and Netgear, Inc. filed this action against CSIRO on May 9, 2005 seeking declaratory and other relief related to U.S. Patent No. 5,487,069 ("the '069 patent");

- 1 -

WHEREAS, in CSIRO v. Buffalo Technology (USA), Inc., and Buffalo Inc. pending in the US District Court for the Eastern District of Texas case number 2-05CV-53 LED also involving the '069 patent, Townsend and Townsend and Crew LLP ("Townsend") represents CSIRO;

WHEREAS, Townsend is counsel of record for Apple in various trademark matters, and therefore Townsend has a conflict in representing either CSIRO or Apple in the present case;

WHEREAS, Apple and CSIRO have reached an agreement to sever the present action as to Apple, and stay Apple's severed action pending resolution of the present action by plaintiffs Microsoft, Hewlett-Packard, and Netgear;

WHEREAS, under the circumstances and facts currently available to Apple, Apple does not object to Townsend representing CSIRO in the present action against plaintiffs Microsoft, Hewlett-Packard, and Netgear after the Court has severed the present action as to Apple.

NOW, THEREFORE the parties to this action, and their respective counsel of record hereby stipulate and request entry of the following order:

The present action filed by Plaintiff Apple against defendant CSIRO shall be severed into a separate action, and said severed Apple action shall be stayed pending final resolution of the present action by plaintiffs Microsoft Corporation, Hewlett-Packard Company, and Netgear, Inc.

IT IS SO STIPULATED.

DATED: May 26, 2005          By: /s/ Mark C. Scarsi
                                 Mark C. Scarsi
                                 O'MELVENY & MYERS LLP
                                 400 South Hope Street
                                 Los Angeles, CA 90071
                                 Telephone: (213) 430-6000
                                 Facsimile: (213) 430-6407

                                 Attorneys for Plaintiff
                                 APPLE COMPUTER, INC.

DATED: May 26, 2005                           By: /s/ Daniel J. Furniss
                                              Daniel J. Furniss
                                              TOWNSEND AND TOWNSEND AND CREW LLP
                                              379 Lytton Avenue
                                              Palo Alto, CA 94301
                                              Telephone:  (650) 326-2400
                                              Facsimile:   (650) 326-2422

                                              Attorneys for Defendant
                                              COMMONWEALTH SCIENTIFIC AND
                                              INDUSTRIAL RESEARCH ORGANISATION

DENIED WITHOUT PREJUDICE.  ABSENT SOME FURTHER EXPLANATION, THIS SOLUTION DOESN'T APPEAR CONSISTENT WITH JUDICIAL EFFICIENCY.

**IT IS SO ORDERED.**

DATED: May 31 2005                                        /s/ CLAUDIA WILKEN
                                              _____
                                              Honorable Claudia Wilken
                                              Judge of the United States District Court

| | |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | Mark C. Scarsi (State Bar No. 183926) (mscarsi@omm.com)<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| 3 | Telephone: (213) 430-6000<br>Facsimile:   (213) 430-6407 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br>APPLE COMPUTER, INC., a California corporation,<br>HEWLETT-PACKARD COMPANY, a Delaware corporation, and<br>NETGEAR, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>            v.<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>            Defendant. | Case No.   C05 01894 CW<br><br>**DECLARATION OF MARK C. SCARSI RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X** |

- 1 -

CASE NO. C05 01894 CW
DECLARATION OF MARK C. SCARSI RE SIGNATURE PURSUANT TO GENERAL ORDER 45 § X

1  I, MARK C. SCARSI, declare as follows:

2  1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Plaintiff Apple Computers, Inc., in the action entitled *Microsoft Corporation, et al v. Commonwealth Scientific and Industrial Research Organisation*, Case No. C05 01894 CW, pending before this Court. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3  2. I attest that the signature of Daniel J. Furniss, counsel of record for Defendant Commonwealth Scientific and Industrial Research Organisation, appearing in the signature block of the Stipulation and [Proposed] Order Severing and Staying Apple Computer, Inc.'s Action Against Defendant Commonwealth Scientific and Industrial Research Organisation, is Mr. Furniss' signature, and that Mr. Furniss has authorized me to file the Stipulation and [Proposed] Order.

Executed on the 26th day of May, 2005, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

          //s// Mark C. Scarsi
          Mark C. Scarsi

CASE NO. C05 01894 CW
DECLARATION OF MARK C. SCARSI RE SIGNATURE PURSUANT TO GENERAL ORDER 45 § X