UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br>HEWLETT-PACKARD COMPANY, a Delaware corporation, and<br>NETGEAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Defendant. | Case No. C05 01894 MJJ<br><br>[~~PROPOSED~~] ORDER VACATING HEARING IN LIGHT OF JOINT STIPULATION OF THE PARTIES REGARDING COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION'S RESPONSE TO PLAINTIFFS' COMPLAINT AND MOTION TO DISMISS |

CAME ON for consideration this day, the Joint Stipulation of the Parties Regarding Commonwealth Scientific and Industrial Research Organisation's Answer and Motion to Dismiss Plaintiffs' Complaint. Given that the parties agree the motion at issue is mooted by their stipulated agreement, the hearing scheduled on the motion is hereby VACATED.

1     IT IS SO ORDERED.

2

3   DATED: July __5__, 2005

4                                     /s/
                              Honorable Michael J. Jenkins
                              Judge of the United States District Court

APPROVED
Judge Martin J. Jenkins